**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 05-6823

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DAVID LEE HILL,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge.  (CR-96-370-A)

———————

Submitted:  September 29, 2005      Decided:  October 11, 2005

———————

Before WILKINSON, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

David Lee Hill, Appellant Pro Se.  Leslie Bonner McClendon, OFFICE
OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Lee Hill appeals the district court's order denying his Fed. R. Civ. P. 15(c) motion to amend a 28 U.S.C. § 2255 (2000) motion in an action that has already been closed. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Hill, No. CR-96-370-A (E.D. Va. Apr. 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED